Agnes Martin (SBN 217074)
**MARTIN LAW GROUP, APC**
3500 West Olive Avenue, Suite 300
Burbank, CA 91505
Telephone: 800-910-4859
Facsimile: 800-910-4859
agnes@martinlawgrp.com
Attorneys for Plaintiff, DEBORAH CANTER

Darryl J. Horowitt (SBN #100898)
**Coleman & Horowitt, LLP**
499 W. Shaw Ave., Ste. 116
Fresno, CA 93704
Phone: (559) 248-4820
Fax: (559) 248-4830
djhorowitt@ch-law.com
Attorneys for Defendant, Wells Fargo Dealer Services, Inc

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH CANTER,<br><br>          Plaintiff,<br><br>     vs.<br><br>WELLS FARGO DEALER SERVICES, INC.; and DOES 1 to 10, inclusive,<br><br>          Defendants. | Case No.: 2:14-cv-05221-RSWL-JPR<br><br>**NOTICE OF SETTLEMENT AND REQUEST FOR CONTINUANCE OF THE SCHEDULING CONFERENCE**<br><br>**Judge:** Hon. Ronald S.W. Lew<br>**Conference date:** Dec 2nd, 2014<br>**Time:** 10:00 a.m. |

**NOTICE OF SETTLEMENT**

    NOW COMES the Plaintiff, DEBORAH CANTER, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30-60 days.  Plaintiff

1 therefore requests that this honorable court continue all dates currently set on
2 calendar for the present matter including the Scheduling Conference scheduled
3 for December 2, 2014.
4
5                             RESPECTFULLY SUBMITTED,
6   DATED: December 1, 2014   **MARTIN LAW GROUP, APC**
7                             By/s/  Agnes Martin
8                                 Agnes Martin
9                                 Attorney for Plaintiff
                                  DEBORAH CANTER
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -

NOTICE OF SETTLEMENT