1  Agnes Martin (SBN 217074)
   **MARTIN LAW GROUP, APC**
2  3500 West Olive Avenue, Suite 300
3  Burbank, CA 91505
   Telephone: 800-910-4859
4  Facsimile: 800-910-4859
5  agnes@martinlawgrp.com
6  Attorneys for Plaintiff, DEBORAH CANTER

7  Darryl J. Horowitt (SBN #100898)
8  **Coleman & Horowitt, LLP**
   499 W. Shaw Ave., Ste. 116
9  Fresno, CA 93704
10 Phone: (559) 248-4820
11 Fax: (559) 248-4830
   djhorowitt@ch-law.com
12 Attorneys for Defendant, Wells Fargo Dealer Services, Inc

13

14                 UNITED STATES DISTRICT COURT

15                 CENTRAL DISTRICT OF CALIFORNIA

16

| 17 | DEBORAH CANTER, | Case No.: 2:14-cv-05221-RSWL-JPR |
|---|---|---|
| 18 | Plaintiff, | **STIPULATION FOR DISMISSAL** |
| 19 | vs. | **Judge:** Hon. Ronald S.W. Lew |
| 20 |  |  |
| 21 | WELLS FARGO DEALER SERVICES, INC.; and DOES 1 to 10, inclusive, |  |
| 22 |  |  |
| 23 | Defendants. |  |

24 ///
25 ///
   ///
26
27
28

- 1 -

Stipulation for Dismissal

The parties hereby represent that they have entered into a mutually agreeable settlement which has resolved all issues and controversies in this matter. The parties expect all terms of that agreement to be completed within 30 to 60 days. The parties request that the Court retain jurisdiction to enforce the terms of the settlement if the need arises. Based upon that condition, the parties stipulate and respectfully request that the Court dismiss Plaintiff's Complaint in the above captioned action in its entirety and Defendant Wells Fargo Dealer Services, Inc. be dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

RESPECTFULLY SUBMITTED,

DATED: December 1, 2014     **MARTIN LAW GROUP, APC**

By /s/ Agnes Martin
   Agnes Martin
   Attorney for Plaintiff
   DEBORAH CANTER

DATED: December 1, 2014     **Coleman & Horowitt, LLP**

By: /s/ Darryl J. Horowitt
   Darryl J. Horowitt
   Attorneys for Defendant

WELLS FARGO DEALER SERVICES, INC.